ORIGINAL

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ❐ Original ❐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

District of Oregon

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
U.S. Priority Mail parcel bearing tracking number 9505 5135 2832 6246 0116 48, as described in Attachment A

Case No. 3:26-mc-00901

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ______ District of Oregon *(identify the person or describe the property to be searched and give its location)*:

U.S. Priority Mail parcel bearing tracking number 9505 5135 2832 6246 0116 48, as described in Attachment A hereto.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B hereto.

**YOU ARE COMMANDED** to execute this warrant on or before Septembe 24, 2026 *(not to exceed 14 days)*

❐ in the daytime 6:00 a.m. to 10:00 p.m. ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Hon. Youlee Yim You, U.S. Magistrate Judge, via Clerk.
*(United States Magistrate Judge)*

❐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

❐ for ____ days *(not to exceed 30)* ❐ until, the facts justifying, the later specific date of ______________.

Date and time issued: September 10, 2026 5:12 pm

Youlee Yim You
*Judge's signature*

City and state: Portland, Oregon

Hon. Youlee Yim You, United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT · E PLURIBUS UNUM · DISTRICT OF OREGON

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 3:26-mc-00901 | 11Sep26 at approximately 0832 | N/A |

Inventory made in the presence of : General Analyst Ryan Glaser

Inventory of the property taken and name(s) of any person(s) seized:

Approximately $5,000 of United States Currency.
USPS Priority Mail Tracking Number 9505 5135 6246 0116 48 and its internal packaging.
NOTHING FURTHER

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11Sep26

Khiarah King
*Executing officer's signature*

Khiarah King, Postal Inspector
*Printed name and title*

## Attachment A

**Parcel to be Searched:**

The following U.S. Postal Service Priority Mail parcel, presently in the possession of the U.S. Postal Inspection Service, located at 7007 Northeast Cornfoot Road, Portland, Oregon 97218:

## DESCRIPTION OF THE SUBJECT PARCEL

**Subject Parcel**

| | |
|---|---|
| U.S. Priority Mail parcel tracking number: | 9505 5135 2832 6246 0116 48 |
| Sender name and address: | Tanner Holt<br>2333 Long Ave #107<br>St. Paul, MN 55114 |
| Recipient name and address: | "Balraj S"<br>4321 NW Moon Valley Ter<br>Beaverton, OR 97006 |
| Parcel Type: | USPS Priority Mail |



## Attachment B

### Items to Be Seized

The items to be searched for, seized, and examined, are those items in the **Subject Parcel** located at 7007 Northeast Cornfoot Road, Portland, Oregon, 97218 referenced in Attachment A that contain evidence, contraband, fruits, and instrumentalities of violations of 18 U.S.C. § 1952(a)(3) (Unlawful Use of the U.S. Mail to otherwise promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, or any unlawful activity); 21 U.S.C. § 843(b) (Unlawful Use of a Communication Facility (U.S. Mail) to Distribute Controlled Substances); 21 U.S.C. § 841(a)(1) (Distribution of Controlled Substances); and 21 U.S.C. § 846 (Conspiracy to Distribute Controlled Substances) (collectively, the "Target Offenses"). The items to be seized cover the period of September 8, 2026, through the date of the execution of the search warrant.

1. Controlled substances, including marijuana, methamphetamine, cocaine, heroin, and any other illegal controlled substance listed in the Drug Enforcement Administration (DEA) Scheduling of Controlled Substances;
2. Currency and proceeds of controlled substance trafficking;
3. Packaging material and items used to conceal the presence of controlled substances, currency, and proceeds of controlled substances; and
4. Any items of identification, records, correspondence, accounts, ledgers, pay-and-owe sheets, or other documents associated with the manufacture, distribution, or possession of controlled substances or the possession or distribution of currency and proceeds of controlled substance trafficking, or with the laundering of monetary instruments.